# EXHIBIT A

ROI LAW FIRM, PLLC, NOTICE of Sale

# ROI LAW FIRM, PLLC

1302 North 1 Street, Ste. C
Tacoma, WA 98403
253-753-1530
info@roilawfirm.com

Endre D Glenn & Margaret Glenn
All Other Occupants
10518 165th Pl NE
Redmond, WA 98052
By Regular US and Certified Mail with Return Receipt

June 27, 2024

**NOTICE:** The property located at 10518 165th Pl NE Redmond, WA 98052, was purchased at a trustee's sale by Bello Home Solutions, LLC on June 21, 2024.

    1. If you are the previous owner or an occupant who is not a tenant of the property that was purchased, pursuant to RCW 61.24.060, the purchaser at the trustee's sale is entitled to possession of the property on July 12, 2024 which is the twentieth day following the sale.

    2. If you are a tenant or subtenant in possession of the property that was purchased, pursuant to RCW 61.24.146, the purchaser at the trustee's sale may either give you a new rental agreement OR give you a written notice to vacate the property in sixty days or more before the end of the monthly rental period.

### Declaration of Service

I, Seth Goodstein, being greater than eighteen years of age, not a party to this action, and competent to testify, hereby declare that I caused the foregoing Notice to be given to the property's occupants by depositing copies of the same addressed to each person listed below in both first-class mail and certified mail, return receipt requested.

Endre D Glenn & Margaret Glenn
All Other Occupants
10518 165th Pl NE
Redmond, WA 98052

I declare the foregoing to be true and correct, under the penalty of perjury under the laws of the State of Washington.

Signed this __27th__ day of June, 2024 at Tacoma, Washington.

_____
Seth Goodstein